Sparkasse[1]
Sparkasse Aachen
Postfach 1000
52059 Aachen
USt-IDNr.: DE811254471
Umsatzsteuerbefreite Finanzdienstleistung
Konto Nr. 6751364701
Datum 03.05.2010
F 424 - co

Anlage 3

# Darlehen mit anfänglichem Festzins
**mit dinglicher Sicherheit für private Zwecke und für Existenzgründung**

Herr Saeed Djalilvand Tehrani
Rochusstr. 58, 52062 Aachen

– nachstehend der Darlehensnehmer genannt – erhält/erhalten von der Sparkasse zu folgenden Bedingungen ein

Tilgungs- Darlehen im Nennbetrag von[2] 281.000,00 EUR

*Gutschriftskonto:* gem. Kaufvertrag *Belastungskonto:* 1070499114

**1 Darlehenskosten, Rückzahlung**

1.1 **Verzinsung:** Das Darlehen ist mit jährlich 4,750 v. H. zu verzinsen. Dieser Zinssatz ist bis zum 30.04.2020 unveränderlich.
Werden bis zum Ablauf der Zinsbindungsfrist keine neuen Darlehensbedingungen vereinbart, so läuft das Darlehen zu veränderlichen Konditionen weiter. Es gilt dann der von der Sparkasse für Darlehen dieser Art festgesetzte Zinssatz. Die Sparkasse wird dem Darlehensnehmer den Anfangszins und das Verfahren zur weiteren Zinsanpassung schriftlich mitteilen.

1.2 Die Sparkasse erhebt ein **Disagio** von[2] und eine einmalige **Bearbeitungsprovision** von[2]
Beide Beträge werden bei der ersten Auszahlung von der Sparkasse verrechnet. Die Bearbeitungsprovision wird bei vorzeitiger Rückzahlung des Darlehens nicht – auch nicht teilweise – erstattet.

**Der Nettodarlehensbetrag** beträgt[2] 281.000,00 EUR

1.3 **Effektivzinsangaben:** Der anfängliche effektive Jahreszins beträgt 4,859 v. H. . Dabei wurden verrechnet:
**das Disagio:** auf die sich aus Nr. 1.1 ergebende Zinsbindungsfrist.
**die Bearbeitungsprovision:** ☐ auf die oben genannte Zinsbindungsfrist. / ☐ auf die voraussichtliche Laufzeit von

1.4 **Sonstige Kosten:** Alle durch den Abschluss und Vollzug dieses Vertrages einschließlich der Sicherheitenbestellung entstehenden Kosten trägt der Darlehensnehmer. Dies sind[3]:

☒ Kosten für die **Bestellung und Eintragung der Grundschuld(en)** nach den gesetzl. Vorschriften;
Kosten der **Gebäude(brand)versicherung** gem. Tarif der Versicherungsgesellschaft;

weitere Kosten siehe Anlage 1

1.5 **Gesamtbetrag** gem. den gesetzlichen Bestimmungen für Verbraucherdarlehen auf der Grundlage der bei Abschluss des Vertrags maßgeblichen Darlehensbedingungen ohne die oben genannten nicht bezifferbaren Kosten[2]: ☐ entfällt[4].
**Hinweis: Sofern ein Gesamtbetrag angegeben ist, kann sich dieser bei Änderung der Darlehensbedingungen ermäßigen oder erhöhen.**

1.6 **Bereithaltung, Nichtabnahme:** Der Darlehensnehmer ist verpflichtet, die Auszahlungsvoraussetzungen zu schaffen und das Darlehen abzunehmen. Die Sparkasse ist ab 01.11.2010 berechtigt, **Bereitstellungszinsen** von 3,000 v. H. jährlich des nicht in Anspruch genommenen Darlehensbetrages zu berechnen. Unterbleibt die Auszahlung endgültig aus einem Grund, den die Sparkasse nicht zu vertreten hat, bleiben ihr alle vertraglichen und gesetzlichen Rechte vorbehalten. Auch in diesem Fall wird die Bearbeitungsprovision erhoben. Dies gilt auch, wenn die Sparkasse von ihren Rechten gem. Nr. 8.4 Gebrauch macht.

1.7 **Rückzahlung und Zahlungstermine:** Alle fälligen Beträge werden jeweils dem oben bezeichneten Belastungskonto belastet. **Zinsen** sind erstmals an dem auf die erste Auszahlung folgenden Zahlungstermin, **Tilgungsbeträge** erstmals am 1. Zahlungstermin nach Vollauszahlung zu zahlen.
*Tilgungsdarlehen:* Tilgung 1,002 v. H. jährlich des Darlehensnennbetrages zuzüglich der durch die Rückzahlung ersparten Zinsen.
Die jährliche Leistungsrate **(Zinsen und Tilgung)** beträgt[2] zz. 16.164,00 EUR . Sie ist in Teilbeträgen von[2] 1.347,00 EUR am 30. jeden Monats zu zahlen. Bis zum Tilgungsbeginn sind nur die Zinsen zu diesen Terminen zu zahlen.
Bei einer Änderung des Zinssatzes (Nr. 1.1) kann die Sparkasse auch die Leistungsrate anpassen.
*Abzahlungsdarlehen:* **Tilgung** jährlich[2] in Teilbeträgen von[2] jeweils am . **Die Zinsen** sind in Teilbeträgen jeweils am zu zahlen.
*Festdarlehen:* Das Darlehen ist am . . **zurückzuzahlen. Die Zinsen** sind in Teilbeträgen jeweils am zu zahlen.
Die **Gesamtzahl der Teilbeträge** auf der Grundlage der bei Abschluss dieses Vertrages maßgeblichen Darlehensbedingungen beträgt *(Anzahl, Zahlungsperiode)*:
443, monatlich

1.8 **Zahlt der Darlehensnehmer bei Fälligkeit nicht,** so kann die Sparkasse unbeschadet weiter gehender Ansprüche ihren Verzugsschaden in Rechnung stellen.

**2 Besondere Vereinbarungen**

Die beigefügte Anlage 1 ist wesentlicher Verragsbestandteil.

[1] Mit StNr. oder USt-IDNr. [2] Betrag EUR. [3] Gegebenenfalls Hinweis auf beizuheftende Anlage. [4] § 492 Abs. 1a BGB.

© DSV 192 643.000 · Fassung Jan. 2009 · EHP-Nr. 0570 222.11
Deutscher Sparkassenverlag · Urheberrechtlich geschützt
00201 6 00087 01096

**3 Sicherheiten**

Das Darlehen kann erst in Anspruch genommen werden, wenn alle Voraussetzungen dafür erfüllt sind, dass die vereinbarten Sicherheiten der Sparkasse zur Verfügung stehen und der Sparkasse hierüber ggf. eine Bestätigung vorliegt. Der Sparkasse werden/wurden – in gesonderten Verträgen, die die Einzelheiten regeln – folgende Sicherheiten bestellt/abgetreten:

siehe Anlage 1

Die Haftung etwa bereits bestehender oder künftiger sonstiger Sicherheiten im Rahmen des jeweils vereinbarten Sicherungszwecks bleibt hiervon unberührt. Wegen der besonderen Auszahlungsvoraussetzungen bei Baufinanzierung siehe Nr. 4. Das Nachsicherungsrecht ist unter Nr. 3a geregelt.

**3a Nachsicherung**

Bei einer Verschlechterung oder erheblichen Gefährdung der Vermögenslage des Darlehensnehmers, eines Mithaftenden oder eines Bürgen oder bei einer Veränderung des Sicherungswertes der im Vertrag vorgesehenen, zu bestellenden Sicherheiten, durch die das Risiko der ordnungsgemäßen Rückführung des Darlehens gegenüber dem Zustand bei Vertragsabschluss nicht unwesentlich erhöht wird, kann die Sparkasse vom Darlehensnehmer die Bestellung weiterer, geeigneter Sicherheiten verlangen. Das Gleiche gilt, wenn die gemachten Angaben über die Vermögensverhältnisse des Darlehensnehmers, eines Mithaftenden oder eines Bürgen sich nachträglich als unrichtig herausstellen.

**4 Besondere Auszahlungsbedingungen bei Baufinanzierung**

Die Auszahlung des Darlehens erfolgt in Teilbeträgen je nach Baufortschritt.

**5 Verfügung über den Auszahlungsanspruch**

Der Anspruch auf Auszahlung des Darlehens kann nur mit Zustimmung der Sparkasse abgetreten oder verpfändet werden.

**6 Mehrere Darlehensnehmer/Rückübertragung von Sicherheiten**

**Bei mehreren Darlehensnehmern ist jeder für sich zur Empfangnahme des Darlehens berechtigt. Mehrere Darlehensnehmer haften als Gesamtschuldner, und zwar auch für eine durch die Ratenbelastung auf dem Girokonto eines Darlehensnehmers entstandene Kontoüberziehung.**

Wird die Sparkasse von einem Darlehensnehmer befriedigt, so prüft sie nicht, ob diesem Ansprüche auf von ihr nicht mehr benötigte Sicherheiten zustehen. Sie wird solche Sicherheiten grundsätzlich an den Sicherungsgeber zurückgeben, soweit der leistende Darlehensnehmer nicht nachweist, dass die Zustimmung des Sicherungsgebers zur Herausgabe an ihn vorliegt.

**7 Erfüllung**

Alle Zahlungen sind – für die Sparkasse kostenfrei – in den Geschäftsräumen der Sparkasse oder bei einer von ihr zu bezeichnenden Stelle zu leisten oder ihr zu überweisen.

**8 Kündigung/sofortige Fälligkeit**

**8.1 Ordentliche Kündigung**

Das Darlehen kann beiderseits mit einer Frist von einem Monat zum Ablauf der ersten oder einer folgenden Festzinsvereinbarung gem. Nr. 1.1 des Darlehensvertrages ganz oder teilweise gekündigt werden. Wird das Darlehen nach Ablauf der ersten oder einer folgenden Festzinsvereinbarung mit veränderlichem Zinssatz fortgeführt, so kann es in der Folgezeit jederzeit mit einer Frist von drei Monaten gegenüber dem Vertragspartner ganz oder teilweise gekündigt werden.

Die Kündigung soll schriftlich erfolgen. Eine Kündigung des Darlehensnehmers gilt als nicht erfolgt, wenn er den geschuldeten Betrag nicht binnen zweier Wochen nach Wirksamwerden der Kündigung zurückzahlt.

**8.2 Außerordentliche Kündigung**

Die Möglichkeit zur außerordentlichen Kündigung für die Sparkasse und den Darlehensnehmer richtet sich nach Nr. 26 Abs. 2 der Allgemeinen Geschäftsbedingungen. Darüber hinaus kann der Darlehensnehmer ein Darlehen, für das eine Festzinsvereinbarung gemäß Nr. 1.1 des Darlehensvertrages besteht und das durch ein Grund- oder Schiffspfandrecht gesichert ist, nach Ablauf von sechs Monaten nach dem vollständigen Empfang unter Einhaltung einer Kündigungsfrist von drei Monaten kündigen, wenn seine berechtigten Interessen dies gebieten. Dies ist insbesondere der Fall, wenn er ein Bedürfnis nach einer anderweitigen Verwertung der zur Sicherung des Darlehens beliehenen Sache hat (z. B. Veräußerung des Grundstückes, weiter gehende Beleihung des Grundstückes). In diesem Falle hat der Darlehensnehmer denjenigen Schaden zu ersetzen, der der Sparkasse aus der vorzeitigen Kündigung entsteht (Vorfälligkeitsentschädigung).

**8.3 Sofortige Fälligkeit**

Unbeschadet ihres Rechts zur fristlosen Kündigung aus sonstigen wichtigen Gründen (Nr. 8.2) kann die Sparkasse das Kapital für sofort fällig und zahlbar erklären,

- wenn der Sicherungsgeber gegen die ihm in den gesonderten Sicherungsverträgen oder Grundschuldbestellungsurkunden auferlegten besonderen Pflichten verstößt;
- wenn der Darlehensnehmer gegen die ihm auferlegten Offenlegungs- und Auskunftspflichten verstößt;
- wenn der Darlehensnehmer mit mindestens zwei aufeinanderfolgenden Teilzahlungen ganz oder teilweise und mindestens 2,5% des Nennbetrages des Darlehens in Verzug ist und die Sparkasse dem Darlehensnehmer erfolglos eine zweiwöchige Frist zur Zahlung des rückständigen Betrags mit der Erklärung gesetzt hat, dass sie bei Nichtzahlung innerhalb der Frist die gesamte Restschuld verlange;
- wenn die Zwangsversteigerung oder die Zwangsverwaltung in das belastete Pfandobjekt oder in Teile desselben eingeleitet wird; der Fall der Zwangsversteigerung zur Auseinandersetzung unter Miteigentümern/Miterbbauberechtigten ist ausgenommen;
- wenn Zubehörstücke, Miet- oder Pachtzinsen gepfändet werden oder wenn über dieselben ohne Zustimmung der Sparkasse verfügt wird, es sei denn, die Verfügung über die Zubehörstücke erfolgt innerhalb der Grenzen einer ordnungsgemäßen Wirtschaft;
- wenn das Pfandobjekt ganz oder teilweise veräußert oder sonst darüber ohne Zustimmung der Sparkasse verfügt wird oder bei einem Erbbaurecht der Grundstückseigentümer von seinem Heimfallanspruch Gebrauch macht;
- wenn die Rechtsgültigkeit oder der Rang der Grundschuld bestritten wird oder der vereinbarte Rang nicht innerhalb von zwei Monaten beschafft wird.

0570 222.11 (2)

**8.4 Die Sparkasse ist berechtigt, die Darlehensauszahlung abzulehnen oder bereits ausgezahlte Beträge für sofort fällig und zahlbar zu erklären, wenn**

– sich die in den Beleihungsunterlagen enthaltenen Angaben als unrichtig erweisen oder wesentliche Änderungen in den persönlichen und wirtschaftlichen Verhältnissen des Darlehensnehmers oder Sicherungsgebers eintreten, insbesondere wenn die Gesamtfinanzierung des Bauvorhabens nicht mehr gesichert ist oder die Fertigstellung aus anderen Gründen als gefährdet erscheint;
– der Anspruch auf Auszahlung des Darlehens gepfändet wird.

Sind mehrere Darlehensnehmer oder Sicherungsgeber vorhanden, so finden die vorstehenden Bestimmungen der Nrn. 8.1 bis 8.4 auch dann Anwendung, wenn die Voraussetzungen für Kündigung und Rückforderung des Darlehens in der Person nur eines Darlehensnehmers oder Sicherungsgebers vorliegen.

**9 Offenlegungs- und Auskunftspflicht**

Der Darlehensnehmer hat der Sparkasse oder einer von ihr beauftragten Stelle während der gesamten Laufzeit dieses Darlehens jederzeit, mindestens einmal jährlich, Einblick in die aktuellen wirtschaftlichen Verhältnisse zu gewähren, hierzu aussagefähige Unterlagen (z. B. Bilanzen/Jahresabschlüsse, Einkommensteuerbescheide und -erklärungen, Vermögensübersichten usw.) zu übergeben, jede gewünschte Auskunft zu erteilen und die Besichtigung seines Betriebes zu ermöglichen. Die Sparkasse ist auch aufgrund gesetzlicher und aufsichtlicher Vorgaben verpflichtet, sich die wirtschaftlichen Verhältnisse des Darlehensnehmers offen legen zu lassen.
Die Sparkasse kann die dafür erforderlichen Unterlagen direkt bei den Beratern des Darlehensnehmers in Buchführungs- und Steuerangelegenheiten nach Rücksprache mit dem Darlehensnehmer anfordern. Soweit die genannten Unterlagen auf Datenträger gespeichert sind, ist der Darlehensnehmer verpflichtet, diese in angemessener Frist lesbar zu machen.
Die Sparkasse ist berechtigt, jederzeit die öffentlichen Register sowie das Grundbuch und die Grundakten einzusehen und auf Rechnung des Darlehensnehmers einfache oder beglaubigte Abschriften und Auszüge zu beantragen, ebenso Auskünfte bei Versicherungen, Behörden und sonstigen Stellen, insbesondere Kreditinstituten, einzuholen, die sie zur Beurteilung des Darlehensverhältnisses für erforderlich halten darf.

**10 Gerichtsstand**

Soweit der Gerichtsstand nicht durch das belastete Grundstück bestimmt wird und sich die Zuständigkeit des allgemeinen Gerichtsstandes der Sparkasse nicht bereits aus § 29 ZPO ergibt, kann die Sparkasse ihre Ansprüche an ihrem allgemeinen Gerichtsstand verfolgen, wenn der im Klageweg in Anspruch zu nehmende Vertragspartner Kaufmann oder eine juristische Person im Sinne der Nr. 6 AGB ist oder bei Vertragsabschluss keinen allgemeinen Gerichtsstand im Inland hat oder später seinen Wohnsitz oder gewöhnlichen Aufenthaltsort aus der Bundesrepublik Deutschland verlegt oder sein Wohnsitz oder gewöhnlicher Aufenthaltsort im Zeitpunkt der Klageerhebung nicht bekannt ist.

**11 Allgemeine Geschäftsbedingungen**

Ergänzend gelten die beigehefteten Allgemeinen Geschäftsbedingungen der Sparkasse.

## 12 Hinweis zur Abtretbarkeit der Darlehensforderung und zur Übertragbarkeit des Vertragsverhältnisses

### 12.1 Forderungsabtretung

Die Sparkasse darf Forderungen aus diesem Darlehensvertrag (und die hierfür bestellten Sicherheiten) ohne gesonderte Zustimmung des Darlehensnehmers nur in folgenden Fällen abtreten:

a) Zum Zwecke der Refinanzierung, Eigenkapitalentlastung oder Risikoverteilung in der Sparkassen-Finanzgruppe. Dabei wird die Sparkasse die Beschränkung der nachfolgenden Ziffer 13 beachten.

b) Zum Zwecke der Verwertung, wenn der Darlehensvertrag aufgrund eines vertragswidrigen Verhaltens des Darlehensnehmers kündbar geworden ist bzw. gekündigt wurde oder bei Gesamtfälligkeit nicht zurückgezahlt wird.

Im Übrigen ist eine Forderungsabtretung durch die Sparkasse ausgeschlossen.

### 12.2 Vertragsübergang

Eine Übertragung des Vertragsverhältnisses (und der dazugehörigen Sicherheiten) kommt ohne Zustimmung des Darlehensnehmers nur in Fällen der Gesamtrechtsnachfolge in Betracht, an denen die Sparkasse beteiligt ist.

**13 Einverständnis in die Datenübermittlung bei Abtretung der Darlehensforderung und/oder Übertragung des Kreditrisikos (im Falle von Nr. 12.1 a)**

**13.1 Einwilligung in die Datenweitergabe an Dritte**

**Ich bin/Wir sind damit einverstanden,** dass die Sparkasse die im Zusammenhang mit der Abtretung der Darlehensforderung und/oder der Übertragung des Kreditrisikos erforderlichen Informationen an den Dritten sowie an solche Personen weitergeben darf, die aus technischen, organisatorischen oder rechtlichen Gründen in die Prüfung der Werthaltigkeit oder die Abwicklung der Übertragung einzubinden sind (z. B. Notare, Steuerberater, Rechtsanwälte, Rating-Agenturen oder Wirtschaftsprüfer). Übermittelt werden dürfen:

– Personalien (Name, Anschrift, Geburtsdatum, Familienstand, Beruf oder vergleichbare Daten),
– Höhe, Laufzeit, Zinssatz der Forderung oder vergleichbare Daten,
– Informationen über eventuell mit übergehende Nebenrechte einschließlich der Sicherheiten,
– für die Bewertung und Durchsetzbarkeit der Forderung und der Nebenrechte notwendige Informationen sowie
– die zum Beweis der Forderung und Nebenrechte einschließlich der Besicherung dienenden Urkunden.

In diesem Rahmen entbinde ich/entbinden wir die Sparkasse vom Bankgeheimnis.

**13.2 Dritter**

Dritter kann eine Sparkasse, Landesbank, ein sonstiges Verbundunternehmen oder ein von diesen mehrheitlich gehaltenes Beteiligungsunternehmen mit Sitz innerhalb der Europäischen Union sein.

**13.3 Vertraulichkeit**

Die Sparkasse wird die Empfänger der Daten vor der Weitergabe von Informationen zur Vertraulichkeit verpflichten, soweit eine solche Verpflichtung nicht bereits aufgrund gesetzlicher oder berufsständischer/berufsüblicher Regelung besteht. Die Verpflichtung zur Vertraulichkeit beinhaltet, Verschwiegenheit über alle kundenbezogenen Daten und Wertungen zu wahren und von den Informationen nur in dem Umfang Gebrauch zu machen, wie dies zur Durchführung der bezeichneten Maßnahmen erforderlich ist. Die Sparkasse wird den Dritten darüber hinaus verpflichten, auch seinerseits vor der Übertragung von Rechten aus dem Vertrag und der Weitergabe von Informationen an weitere Dritte im Sinne von Nr. 13.2 mit diesem jeweils eine entsprechende Vertraulichkeitsvereinbarung zu treffen.

Hinweis: Jeder Darlehensnehmer erhält ein Exemplar der Darlehensurkunde.

*AGB u. Anlage(n) beigeheftet, Exemplar(e) ausgehändigt:*

*Der Vertrag und die Mehrfertigung(en) sind von **allen** auf Seite 1 genannten Darlehensnehmern zu unterschreiben!*

**Ort, Datum** (falls abweichend von Seite 1)

Aachen, 06.05. 2010

**Legitimation/Identifizierung**

☒ *1. Pers. bek. u. bereits legitimiert bei Konto* ____

*Ausgewiesen durch* ☐ *Personalausweis /* ☐ *Reisepass*

*Nr.* ____ *gültig bis* ____

*ausgestellt von* ____

*Staatsangehörigkeit* ____

*Geburtsort* ____

☐ *2. Pers. bek. u. bereits legitimiert bei Konto* ____

*Ausgewiesen durch* ☐ *Personalausweis /* ☐ *Reisepass*

*Nr.* ____ *gültig bis* ____

*ausgestellt von* ____

*Staatsangehörigkeit* ____

*Geburtsort* ____

Legitimation geprüft und für die Richtigkeit der Unterschrift(en): | Unterschrift des Sachbearbeiters (mit Pers.-Nr.)

Franz-Josef Schmitz
S0074621
G 459 0007

**Unterschrift(en) Darlehensnehmer**

Der/~~Die~~ Darlehensnehmer handelt/~~handeln~~ für eigene Rechnung:

☒ **Ja** / ☐ **Nein** (abweichender wirtschaftlich Berechtigter siehe Identifizierungsbogen).

SAEED DJALILVAND,

**Für die Sparkasse:** (mit Datum, falls abweichend)

03.05.2010 Sparkasse Aachen

0570 222.11 (4)

Sparkasse
Aachen

F 424 - co

## Anlage 1 zum Darlehensvertrag Nr. 6751364701

### Zu Punkt 'Sonstige Kosten'

- Kosten in Höhe von € 60,00 bei Darlehensauszahlung vor Grundschuldeintragung mit Vorlage einer notariellen Rangbestätigung zzgl. Notargebühren für die Erstellung der Rangbestätigung
- Kosten in Höhe von € 60,00 bei Darlehensauszahlung im Treuhandwege
- Kosten und Beiträge für den an uns abgetretenen Bausparvertrag gem. den Tarifen der Bausparkasse
- Darlehenskontogebühr in Höhe von € 3,00 pro angefangenem Quartal, beginnend mit dem auf die Eröffnung folgenden Quartal

### Zu Punkt 'Besondere Vereinbarungen'

Das Darlehen dient zum Erwerb des Mehrfamilienhauses Hauptstraße 64 –66 in Alsdorf.

**Der Sparkasse Aachen sind vor Darlehensauszahlung folgende Unterlagen einzureichen:**

- Abzeichnung der Flurkarte
- unbefristete Aufenthalts- und Arbeitserlaubnis für die Bundesrepublik Deutschland
- Kopie der Fälligkeitsmitteilung des abwickelnden Notariates
- Zahlungsauftrag zur Kaufpreiszahlung

**Auszahlung der Darlehensmittel**
Das Darlehen wird entsprechend den Bedingungen des Kaufvertrages nach Einsatz des Eigenkapitals von € 49.750,00 ausgezahlt.

**Rückzahlung und Zahlungstermine**
Während der Zinsfestschreibungsfrist besteht die Möglichkeit, einmal pro Jahr zum 30.12. eine außerplanmäßige Tilgung ohne Berechnung von Vorfälligkeitsentschädigung zu erbringen. Die außerplanmäßige Tilgung darf jeweils 10 % der ursprünglichen Darlehenssumme (= tatsächlich in Anspruch genommenes Darlehen) nicht überschreiten. Vom Darlehensnehmer hierbei nicht ausgenutzte Tilgungsanteile sind nicht auf die Folgejahre übertragbar.

Während der Zinsfestschreibungsfrist kann die Höhe der jährlichen Tilgung im Rahmen von 2 bis 4 % der ursprünglichen Darlehenssumme variiert werden. Anpassungen des Tilgungssatzes sind vor Eingang veränderter Zahlungen mit der Sparkasse abzustimmen.

### Zu Punkt 'Sicherheiten'

Neu einzutragende sofort vollstreckbare Buchgrundschuld über € 281.000,00 zulasten des Grundstücks Haupstr. 64-66, 52477 Alsdorf, Grundbuch von Alsdorf, Blatt 3489, Flur 44, Flurstück 781, dingl. Zins 16 %, Vorlasten in Abt. II keine und Abt. III keine

Abstraktes Schuldversprechen für die Zahlung eines Geldbetrages in Höhe der Grundschuld; der Darlehensnehmer hat sich der sofortigen Vollstreckung in sein gesamtes Vermögen zu unterwerfen.

B-2268a

Sparkasse
Aachen

Abtretung des Anspruchs auf Rückgewähr gegenwärtig oder künftig im Range vorgehender oder gleichstehender Grundschulden

Gemäß gesonderter Zweckerklärung

Sicherungsgeber: Saeed Djalilvand Tehrani

Abtretung der Rechte und Ansprüche aus dem Bausparvertrag Nr.5552099813 bei der LBS über € 281.000,00, gemäß gesonderter Abtretungserklärung

Sicherungsgeber: Saeed Djalilvand Tehrani

B-2268a