Anlage 4 662

U6018828
103219224

| NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland Jagenbergstraße 1 41468 Neuss E-Mail-Service: www.nissan-bank-kontakt.de | **Darlehensvertrag** Seite 1 | Automobilgruppe Dirkes Bonn GmbH 53175 Bonn 80410 / 1213 | Khalid Hamam /28.01.2011/11:17:00 |
|---|---|---|---|

Posteingang 1. Feb. 2011 NB / NB Neuss

Die NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland (Bank) gewährt dem Darlehensnehmer 1 und Darlehensnehmer 2 (DN1/DN2) als Gesamtschuldner ein Darlehen zu nachstehenden Bedingungen einschließlich der Darlehensbedingungen (Seiten 5 - 7). Ballon Deutschland

Gegenstand Neuwagen Nissan Juke 4x2 ACENTA 1.6 CVT 117PS

**Darlehensnehmer 1** Nationalität S

Saeed Djalilvand Tehrani
Altenberger Str.4
52074 Aachen

☐ Personalausweis ☒ Reisepass Nr.: 63041409

Geburtsdatum 20.03.1951 Geburtsort Teheran

**Darlehensnehmer 2** Nationalität

☐ Personalausweis ☐ Reisepass Nr.:

Geburtsdatum Geburtsort

| | | (Beträge in Euro) |
|---|---|---|
| Kaufpreis | | 19.830,00 |
| - Anzahlung | | 0,00 |
| = Nettodarlehensbetrag | | 19.830,00 |
| + Ablösesumme | | 0,00 |
| + GAP-Versicherung | | 598,78 |
| + Restschuldversicherungsaufwand | | 0,00 |
| = Gesamtkreditbetrag (Nennbetrag) | | 20.428,78 |
| + Sollzinsen (gebunden) in % p.a. *) | 2,809 | 1.658,29 |
| + Bearbeitungsentgelt in % *) | 3,00 | 612,86 |
| **= Gesamtbetrag** (aus Gesamtkreditbetrag u. Kosten) | | **22.699,94** |

*) Sind lt. § 4 Nr. 8 a USIG steuerbefreit.

| 46 Raten à 299,79 EUR | Schlussrate 8.909,60 EUR |
|---|---|

Effektiver Jahreszins: 3,99 %

Erste Fälligkeit (s. a. Ziffer I b. der Darlehensbedingungen):
Erfolgt die planmäßige Auszahlung des Gesamtkreditbetrages nach der Fahrzeugauslieferung zwischen dem
01. bis 05. des Monats: Erste Fälligkeit am 05. des Folgemonats
06. bis 20. des Monats: Erste Fälligkeit am 20. des Folgemonats
21. bis 31. des Monats: Erste Fälligkeit am 05. des übernächsten Monats
Die weiteren Raten sind jeweils einen Monat später fällig.

Der Darlehensnehmer 1/Darlehensnehmer 2 ermächtigt hiermit die Bank widerruflich, die im Zusammenhang mit diesem Darlehensvertrag zu entrichtenden Zahlungen bei Fälligkeit mittels Lastschrift zu Lasten seines nachfolgend bezeichneten Kontos einzuziehen (monatliche Bearbeitungsgebühr bei manuellem Zahlungsverkehr EUR 3,00): Konto-Nr. :115622300, Bankleitzahl: 39040013
genaue Bezeichnung des Kontoführenden Institutes: Commerzbank Aachen

☒ Wir beantragen die Zusendung eines Jahreskontoauszuges (Ziff. 5 der Darlehensbedingungen) gegen eine angemessene jährliche Gebühr von zurzeit EUR 2,90.

## Versicherungsschutz

☐ **Antrag auf Aufnahme in den Restschuldversicherungsschutz; Der Darlehensnehmer (Versicherte Person) beantragt die Aufnahme** unter den exklusiven Restschuldversicherungsvertrag zwischen der NISSAN Bank, Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland (Versicherungsnehmerin) und der RCI Life Limited /RCI Insurance Limited (gilt nur, sofern in obiger Berechnung ein Betrag für „Restschuldversicherungs-Aufwand" ausgewiesen ist) gemäß der beigefügten „Kundeninformation zum Restschuldversicherungsschutz". **Hinweis:** Eine Aufnahme in den Versicherungsschutz ist **nicht** Voraussetzung für die Darlehensgewährung. Der Versicherungsvertrag ist auf Vermittlung der RCI Versicherungs-Service GmbH zustande gekommen. Die Restschuldversicherungskosten setzen sich aus dem Restschuldversicherungsaufwand und den Finanzierungskosten (= Zinsen) für diesen Aufwand zusammen. **RCI Versicherungs-Service GmbH und RCI Life Limited / RCI Insurance Limited sind Unternehmen der RCI Banque Gruppe.**

**Wichtige Grenzen und Beschränkungen**
Die Versicherung beinhaltet eine Restschuldversicherung auf den Todes-, Arbeitsunfähigkeits- und Arbeitslosigkeitsfall/Schwere Krankheit (Eintrittsalter 18-55 Jahre bei einer Darlehensdauer von mindestens 24 Monaten) bzw. den Todes- und Arbeitsunfähigkeitsfall (Eintrittsalter 18-55 Jahre bei einer Darlehensdauer von weniger als 24 Monaten bzw. einem Eintrittsalter 56-60 Jahre mit einem Alter bei Versicherungsende von höchstens 65 Jahre) oder nur auf den Todesfall (Eintrittsalter 58-60 Jahre mit Versicherungsendalter über 65 Jahre sowie Eintrittsalter 61-70 Jahre mit max. Versicherungsendalter 75 Jahre). Außerhalb dieser Altersgrenzen wird kein Versicherungsschutz gewährt und der Darlehensnehmer hat Anspruch auf Rückzahlung eventuell gezahlter Beiträge zur Restschuldversicherung.
**Der Darlehensnehmer wird ausdrücklich darauf hingewiesen, dass keine Gesundheitsprüfung erfolgt. Als Folge davon erstreckt sich der Versicherungsschutz nicht auf in § 3 der „Bedingungen zur Absicherung des Todesfallrisikos" und § 5 der „Bedingungen zur Absicherung des Arbeitsunfähigkeitsrisikos" genannte bekannten und ernsthaften Erkrankungen, sowie auf in § 5 der „Bedingungen zur Absicherung des Arbeitslosigkeitsrisikos/des Risikos der Schweren Krankheit" genannte Schwere Krankheiten, wegen derer die versichterte Person in den letzten 12 Monaten vor Beginn des Versicherungsschutzes ärztlich beraten oder behandelt wurde. Diese Einschränkung gilt nur, wenn der Versicherungsfall innerhalb der ersten 24 Monate seit Beginn des Versicherungsschutzes eintritt und mit dieser Erkrankung oder Unfallfolge in ursächlichem Zusammenhang steht. Für die Einzelheiten wird auf die genannten Bestimmungen verwiesen.**
**Die maximale Versicherungsleistung aus jeglichem Vertrag ist auf EUR 60.000 beschränkt. Hat der Kunde mehrere Darlehensverträge mit Versicherungsschutz mit der NISSAN-Bank abgeschlossen, ist die Maximalleistung aus allen Verträgen auf EUR 80.000 beschränkt. Leistungen wegen Arbeitsunfähigkeit sind auf monatlich EUR 2.000 pro Vertrag beschränkt. Eine vereinbarte höhere Schlussrate (Ballonrate) eines Darlehensvertrages ist stets nur bei Todesfall versichert.**

**Bezugsberechtigung**
Bezugsberechtigt für die jeweils fälligen Versicherungsleistungen sind die versicherte Person bzw. die Rechtsnachfolger der versicherten Person. Die Versicherungsleistungen sind zur Sicherung der Rückzahlungsansprüche der Versicherungsnehmerin gegen die versicherte Person jeweils unwiderruflich an die Versicherungsnehmerin abgetreten. Zwecks Tilgung der noch offenen Darlehensraten zu obigem Darlehen wird der Versicherer die fällige Versicherungsleistung bzw. ggf. bei vorzeitiger Vertragsbeendigung den nicht verbrauchten Anteil des Risikobeitrages schuldbefreiend an die Versicherungsnehmerin zahlen.

**Ermächtigung zur Auskunftserteilung**
Die versicherte Person ermächtigt RCI Life Limited und RCI Insurance Limited, alle Ärzte, Krankenhäuser und sonstigen Krankenanstalten, bei denen sie in Behandlung war oder sein wird, sowie andere Personenversicherer über ihre Gesundheitsverhältnisse bei Vertragsabschluss zu befragen. Dies gilt für die Zeit vor und die Laufzeit des Vertrages. Die RCI Life Limited und RCI Insurance Limited dürfen auch die Ärzte, die die Todesursache feststellen, und die Ärzte, die die versicherte Person im letzten Jahr vor ihrem Tod untersuchten oder behandelt haben, sowie Behörden – mit Ausnahme von Sozialversicherungsträgern – über die Todesursache oder die Krankheiten, die zum Tode geführt haben, befragen. Insoweit entbindet die versicherte Person alle, die hiernach befragt werden dürfen, von der Schweigepflicht auch über ihren Tod hinaus.

**Vertragliches Widerrufsrecht**
**für den Antrag auf Aufnahme in den Restschuldversicherungsschutz: Sie können Ihre Vertragserklärung (Antrag) auf Aufnahme in den Versicherungsschutz unter dem Restschuldversicherungsvertrag zwischen der NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland als Versicherungsnehmerin und RCI Life Limited / RCI Insurance Limited als Versicherer bis zum Ablauf von 30 Tagen nach Abgabe Ihrer Vertragserklärung ohne Angabe von Gründen in Textform (z.B. per Brief, Fax oder E-Mail) widerrufen. Zur Wahrung der Widerrufsfrist genügt die rechtzeitige Absendung Ihres Widerrufs. Der Widerruf ist zu richten an RCI Banque S.A. Niederlassung Deutschland, Jagenbergstraße 1, 41468 Neuss, Fax-Nr. +49 2131 401081, E-Mail-Service: www.nissan-bank-kontakt.de, die insoweit von RCI Life Limited und RCI Insurance Limited zum Empfang der Widerrufserklärung bevollmächtigt ist.**
**Folgen des Widerrufs:** Im Falle eines wirksamen Widerrufs Ihrer Vertragserklärung endet der Versicherungsschutz. Ihr Gesamtkreditbetrag wird dann entsprechend von der NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland um den Anteil des oben ausgewiesenen Betrages „Restschuldversicherungsaufwand" reduziert, der auf die Zeit nach Zugang Ihres Widerrufes entfällt. Die Wirksamkeit Ihres Darlehensvertrages bleibt von einem Widerruf Ihrer Antragserklärung auf Aufnahme in den Versicherungsschutz grundsätzlich unberührt. Bitte beachten Sie auch die Widerrufsinformation zu Ihrem Darlehensvertrag.
Die Versicherungsleistungen sind unwiderruflich an die Bank abgetreten. Davon unberührt bleibt die Zahlungsverpflichtung aus dem Darlehensvertrag.

{9FC11B57-C97B-4E2D-926B-16813E17E44B}47

Nissan Bank (2NPH2W47625)

MDV1143/22-0810-B/1_4 USt.-ID-Nr.: DE812212244

663

| NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland Jagenbergstraße 1 41468 Neuss E-Mail-Service : www.nissan-bank-kontakt.de | **Darlehensvertrag** Seite 2 | Automobilgruppe Dirkes Bonn GmbH 53175 Bonn 80410 / 1213 | Khalid Hamam /28.01.2011/11:17:00 |
|---|---|---|---|

☒ **Antrag auf GAP-Versicherung (GAP)**: Der **Darlehensnehmer 1** beantragt durch Unterzeichnung des Darlehensvertrags, dass die Bank (Versicherungsnehmer) durch Vermittlung des NISSAN Versicherungs-Service Geschäftsbereich der RCI Versicherungs-Service GmbH (RVS) (Registrierungs- Nr.: D-8TMH-Z7QLD-65, Tätigkeitsart: Versiche-
rungsvertreter mit Erlaubnis nach § 34d Abs. 1 GewO) eine GAP-Versicherung bei der AXA France IARD gemäß den beigefügten „Bedingungen zur GAP-Versicherung" ab-
schließt.

**Widerrufsrecht; Sie können Ihre Vertragserklärung (Antrag) auf Abschluss einer GAP-Versicherung bis zum Ablauf von 30 Tagen nach Abgabe Ihrer Vertragserklä-
rung ohne Angabe von Gründen in Textform (z.B. per Brief, Fax oder E-Mail) widerrufen. Zur Wahrung der Widerrufsfrist genügt die rechtzeitige Absendung Ihres
Widerrufs. Der Widerruf ist zu richten an RCI Banque S.A. Niederlassung Deutschland, Jagenbergstraße 1, 41468 Neuss. Fax-Nr. +49 2131 401081, E-Mail-Service:
www.nissan-bank-kontakt.de,**

**Folgen des Widerrufs**: Im Falle eines wirksamen Widerrufs Ihrer Vertragserklärung endet der Versicherungsschutz. Ihr Gesamtkreditbetrag wird dann entsprechend von der
NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland um den Anteil des oben ausgewiesenen Betrages „GAP-Versicherung" reduziert, der auf die
Zeit nach Zugang Ihres Widerrufes entfällt. Die Wirksamkeit Ihres Darlehensvertrages bleibt von einem Widerruf Ihrer Antragserklärung auf Aufnahme in den Versicherungs-
schutz grundsätzlich unberührt. Bitte beachten Sie auch die Widerrufsinformation zu Ihrem Darlehensvertrag.
Die Versicherungsleistungen sind unwiderruflich an die Bank abgetreten. Davon unberührt bleibt die Zahlungsverpflichtung aus dem Darlehensvertrag.
**Ende Versicherungsschutz**

## Gesetzliche Informationspflichten zum Darlehensvertrag für Verbraucher:

**Vertragsschluss und Auszahlungsbedingungen**

Die Darlehensnehmer sind unbeschadet des gesetzlichen Widerrufsrechts an den Darlehensantrag vier Wochen gebunden. Der Darlehensvertrag ist abgeschlossen, wenn die Bank ihn annimmt. Eine Annahmeerklärung bedarf keiner Unterzeichnung der Bank, wenn sie mit Hilfe einer automatischen Einrichtung erstellt ist. Die Annahmeerklärung der Bank steht unter der auflösenden Bedingung, dass sich die Kreditwürdigkeit der Darlehensnehmer in der Zeit zwischen Vertragsannahme und Auslieferung des finanzierten Fahrzeuges aus von den Darlehensnehmern zu vertretenden Gründen nicht so wesentlich verschlechtert, dass die Darlehensgewährung für die Bank unzumutbar wäre. Die Bank wird regelmäßig nach Ablauf von drei Monaten eine erneute Kreditwürdigkeitsprüfung vornehmen. Der Nettodarlehensbetrag wird an die DN oder Dritte (Verkäuferfirma, Gläubiger o.ä.) ausgezahlt oder verrechnet. Der ggf. mitfinanzierte Aufwand für Restschuldversicherungsschutz bzw. die Prämien für die GAP-Versicherung wird an den jeweiligen Versicherer ausgezahlt. Die Auszahlung/Verrechnung an Dritte erfolgt im Namen und auf unmittelbare Weisung der DN.

Der Nettodarlehensbetrag, der ggf. mitfinanzierte Aufwand für Restschuldversicherungsschutz bzw. die Prämien für die GAP-Versicherung, werden ausgezahlt, sobald die DN die in diesem Darlehensvertrag vereinbarten Bedingungen für die Darlehensgewährung erfüllt haben, die vorgesehenen Sicherheiten bestellt sind und die Bank die Ordnungsmäßigkeit geprüft hat.
Voraussetzung für die Darlehensgewährung ist weiterhin, dass sich die Kreditwürdigkeit der DN zwischen Antrag und Abschluss des Darlehensvertrages und dem vorgesehenen Auszahlungszeitpunkt nach der Fahrzeugauslieferung nicht verschlechtert hat.

**Sicherheiten**

Die Darlehensnehmer übereignen der Bank den finanzierten Kaufgegenstand gemäß Ziff. 2 a der Darlehensbedingungen und treten die evtl. Schadensersatz-/Versicherungsansprüche gemäß Ziff. 2 b der Darlehensbedingungen an die Bank ab.
Ferner tritt der Darlehensnehmer 1 seine Ansprüche auf Arbeitsentgelt gemäß Ziff. 2 c der Darlehensbedingungen an die Bank ab.
Zu bestellende Sicherheiten:

**Kündigungsmöglichkeit der DN (Vorzeitige Rückzahlung)**

Die DN haben das Recht, das Darlehen jederzeit ganz oder teilweise vorzeitig zurückzuzahlen.
Im Falle einer vorzeitigen Rückzahlung berechnet die Bank gemäß § 502 BGB eine angemessene Vorfälligkeitsentschädigung für den unmittelbar mit der vorzeitigen Rückzahlung zusammenhängenden Schaden. In diesem Fall wird dieser Schaden nach den vom Bundesgerichtshof für die Berechnung vorgeschriebenen finanzmathematischen Rahmenbedingungen berechnet, die insbesondere

- ein zwischenzeitlich verändertes Zinsniveau,
- die für das Darlehen ursprünglich vereinbarten Zahlungsströme,
- den dem Kreditgeber entgangenen Gewinn,
- den mit der vorzeitigen Rückzahlung verbundenen Verwaltungsaufwand (Bearbeitungsentgelt) sowie
- die infolge der vorzeitigen Rückzahlung ersparten Risiko- und Verwaltungskosten

berücksichtigen.
Die Vorfälligkeitsentschädigung darf folgende Beträge jeweils nicht überschreiten:

- 1 Prozent beziehungsweise, wenn der Zeitraum zwischen der vorzeitigen und der vereinbarten Rückzahlung weniger als 1 Jahr beträgt, 0,5 Prozent des vorzeitig zurückgezahlten Betrages,
- Den Betrag der Sollzinsen, den die DN in dem Zeitraum zwischen der vorzeitigen und der vereinbarten Rückzahlung entrichtet hätten.

**Verzugskosten (Mahngebühren/Verzugszinssatz)**

Für ausbleibende Zahlungen berechnet die Bank zurzeit den DN € 7,50 für die erste Mahnung und € 15,00 ab der zweiten Mahnung.

Nach einer Vertragskündigung berechnet die Bank den DN Verzugszinsen in Höhe von 5 Prozentpunkten über dem Basiszinssatz entsprechend der gesetzlichen Regelung.

**Warnhinweis bei ausbleibenden Zahlungen**

Ausbleibende Zahlungen können neben der Verzugskostenberechnung weitere schwerwiegende Folgen für die DN haben (z.B. Zwangsverwertung des finanzierten Gegenstands) und sie können die Erlangung eines Kredits/Darlehens erschweren.

**Kündigungsmöglichkeit der Bank (Vorzeitige Fälligkeit)**

Die Bank ist berechtigt, das Darlehen wegen Zahlungsverzugs der DN entspr. § 498 BGB zur sofortigen Rückzahlung zu kündigen, wenn die DN mit mindestens zwei aufeinander folgenden Raten ganz oder teilweise und mit mindestens zehn Prozent, bei einer Laufzeit des Darlehensvertrages von mehr als drei Jahren mit mindestens fünf Prozent des Nennbetrages des Darlehens in Verzug sind und die Bank den DN erfolglos eine zweiwöchige Frist zur Zahlung des rückständigen Betrages gesetzt hat.

Darüber hinaus kann die Bank das Darlehen gegenüber beiden DN insgesamt zur sofortigen Rückzahlung kündigen, wenn

a) die DN ihre Zahlungen einstellen, als Schuldner einen außergerichtlichen Vergleich anbieten, Wechsel oder Schecks mangels Deckung zu Protest gehen lassen, ein Insolvenzverfahren beantragen oder ein solches Verfahren über ihr Vermögen eröffnet wird;
b) ein DN der Bank gegenüber über seine persönlichen und/oder wirtschaftlichen Verhältnisse unrichtige oder unvollständige Angaben gemacht hat, die für die Darlehensgewährung wesentlich waren;
c) die DN unbekannten Aufenthalts verziehen oder ihren Wohnsitz nach außerhalb der Bundesrepublik Deutschland verlegen;
d) in den Vermögensverhältnissen eines DN oder in der Werthaltigkeit einer für das Darlehen gestellten Sicherheit eine wesentliche Verschlechterung eintritt oder einzutreten droht, durch die die Rückerstattung des Darlehens, auch unter Verwertung der Sicherheit gefährdet wird (§ 490 Abs. 1 BGB);

Bei vorzeitiger Fälligkeit aus vorstehenden Kündigungsgründen kann die Bank den Verzugsschaden berechnen. Zurückzuzahlen ist der Gesamtkreditbetrag (Nennbetrag) zuzüglich der den DN belasteten Nebenkosten (wie der Bearbeitungsgebühr) sowie zuzüglich der gesamten Zinsen bis zum Wirksamwerden der Kündigung abzüglich evtl. geleisteter Tilgung.

**Kündigungsmöglichkeiten von Bank und DN**

Jeder Vertragsteil kann gem. § 314 BGB aus wichtigem Grund kündigen, wenn die Fortsetzung des Vertragsverhältnisses unzumutbar ist und der wichtige Grund von der jeweils anderen Vertragpartei zu vertreten ist.

**Tilgungsplan**

Der DN kann von der Bank jederzeit einen Tilgungsplan erhalten.

**Zuständige Aufsichtsbehörde**

Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin), Graurheindorfer Straße 108, 53117 Bonn

**Verfügbarkeit außergerichtlicher Beschwerde- und Rechtsbehelfsverfahren und Zugang zu ihnen**

Für die Beilegung von Streitigkeiten mit der Bank besteht die Möglichkeit, den Ombudsmann der privaten Banken anzurufen. Näheres regelt die „Verfahrensordnung für die Schlichtung von Kundenbeschwerden im deutschen Bankgewerbe", die auf Wunsch zur Verfügung gestellt wird oder auf der Internetseite des Bundesverbandes deutscher Banken e.V. www.bdb.de eingesehen werden kann. Die Beschwerde ist schriftlich an die Kundenbeschwerdestelle beim Bundesverband deutscher Banken e.V., Postfach 04 03 07, 10062 Berlin, zu richten.

{9FC11B57-C97B-4E2D-926B-16813E17E44B}47

Nissan Bank (2NPH2W47625)

USt.-ID-Nr.: DE812212244

MDV1143/22-0810-B/2_4

664

| NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland Jagenbergstraße 1 41468 Neuss E-Mail-Service : www.nissan-bank-kontakt.de | **Darlehensvertrag** Seite 3 | Automobilgruppe Dirkes Bonn GmbH 53175 Bonn 80410 / 1213 | Khalid Hamam /28.01.2011/11:17:00 |
|---|---|---|---|

Darlehen für bereits ausgeübte gewerbliche oder selbstständige berufliche Tätigkeit des Darlehensnehmers 1 ☐ und/oder des Darlehensnehmers 2 ☐ (falls zutreffend ankreuzen)

**Die nachfolgende Widerrufsinformation gilt für Verbraucher sowie für Existenzgründer gemäß § 512 BGB:**

## Widerrufsinformation

1.) <u>Widerrufsrecht:</u>

Jeder Darlehensnehmer kann seine Vertragserklärung innerhalb von 14 Tagen ohne Angabe von Gründen in Textform (z.B. Brief, Fax, E-Mail) widerrufen. Die Frist beginnt nach Abschluss des Vertrages, aber erst nachdem die Darlehensnehmer alle Pflichtangaben nach § 492 Abs. 2 BGB (z. B. Angabe zur Art des Darlehens, Angabe zum Nettodarlehensbetrag, Angabe zur Vertragslaufzeit) erhalten haben. Die Darlehensnehmer haben alle Pflichtangaben erhalten, wenn sie in der für die Darlehensnehmer bestimmten Ausfertigung ihres Antrags oder in einer für die Darlehensnehmer bestimmten Ausfertigung der Vertragsurkunde oder in einer für die Darlehensnehmer bestimmten Abschrift ihres Antrags oder der Vertragsurkunde enthalten sind und den Darlehensnehmern eine solche Unterlage zur Verfügung gestellt worden ist. Über in den Vertragstext nicht aufgenommene Pflichtangaben können die Darlehnsnehmer nachträglich in Textform informiert werden; die Widerrufsfrist beträgt dann einen Monat. Die Darlehensnehmer sind mit den nachgeholten Pflichtangaben nochmals auf den Beginn der Widerrufsfrist hinzuweisen. Zur Wahrung der Widerrufsfrist genügt die rechtzeitige Absendung des Widerrufs an die NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland, Jagenbergstraße 1, 41468 Neuss, Fax-Nr. +49 2131 401081, E-Mail-Service: www.nissan-bank-kontakt.de

a.) <u>Besonderheiten bei weiteren Verträgen (verbundenen Geschäften):</u>

Wenn den Darlehensnehmern für den weiteren Vertrag ein Rückgaberecht an Stelle eines Widerrufsrechts eingeräumt wurde, steht die Rückgabe im Folgenden dem Widerruf gleich.

Widerruft ein Darlehensnehmer diesen Darlehensvertrag, so ist er auch an den Kaufvertrag über den finanzierten Kaufgegenstand (im Folgenden: verbundener Kaufvertrag) sowie auch an den von ihm ggf. gestellten Antrag auf Aufnahme in den Restschuldversicherungsschutz und den von ihm ggf. gestellten Antrag auf Abschluss einer GAP-Versicherung nicht mehr gebunden.

Steht den Darlehensnehmern in Bezug auf den verbundenen Kaufvertrag ein Widerrufsrecht zu, so sind sie mit wirksamem Widerruf des verbundenen Kaufvertrages auch an den Darlehensvertrag nicht mehr gebunden. Für die Rechtsfolgen des Widerrufs sind die in dem verbundenen Kaufvertrag getroffenen Regelungen und die hierfür erteilte Widerrufsbelehrung maßgeblich.

Ein ggf. gestellter Antrag auf Aufnahme in den Restschuldversicherungsschutz kann nach Maßgabe der in der Versicherungsinformationen zum Versicherungsschutz hierzu wiedergegebenen Regelung über das Vertragliche Widerrufsrecht widerrufen werden; auf die hierin enthaltene Widerrufsbelehrung sowie die dortigen Regelungen zu den Folgen eines solchen Widerrufs wird verwiesen.

Ein ggf. gestellter Antrag auf Abschluss einer GAP-Versicherung kann nach Maßgabe der in der Versicherungsinformationen zum Versicherungsschutz hierzu wiedergegebenen Regelung über das Widerrufsrecht widerrufen werden; auf die hierin enthaltene Widerrufsbelehrung sowie die dortigen Regelungen zu den Folgen eines solchen Widerrufs wird verwiesen.

2.) <u>Widerrufsfolgen:</u>

Die Darlehensnehmer haben innerhalb von 30 Tagen das Darlehen, soweit es bereits ausgezahlt wurde, zurückzuzahlen und für den Zeitraum zwischen der Auszahlung und der Rückzahlung des Darlehens den vereinbarten Sollzins zu entrichten. Die Frist beginnt mit der Absendung der Widerrufserklärung. Für den Zeitraum zwischen Auszahlung und Rückzahlung ist bei vollständiger Inanspruchnahme des Darlehens pro Tag ein Zinsbetrag in Höhe von 0,00 Euro zu zahlen. Dieser Betrag verringert sich entsprechend, wenn das Darlehen nur teilweise in Anspruch genommen wurde.

<u>a) Besonderheiten bei weiteren Verträgen:</u>

Steht den Darlehensnehmern in Bezug auf die verbundenen Verträge ein Widerrufsrecht zu, sind im Fall des wirksamen Widerrufs des verbundenen Vertrags Ansprüche des Darlehensgebers auf Zahlung von Zinsen und Kosten aus der Rückabwicklung des Darlehensvertrages gegen die Darlehnsnehmer ausgeschlossen.

Sind die Darlehensnehmer aufgrund des Widerrufs dieses Darlehensvertrages an den verbundenen Kaufvertrag nicht mehr gebunden, sind insoweit die beiderseits empfangenen Leistungen zurückzugewähren und ggf. gezogene Nutzungen (z.B. Zinsen) herauszugeben.

Paketversandfähige Sachen sind auf Kosten und auf Gefahr des Vertragspartners der Darlehensnehmer zurückzusenden. Die Kosten der Rücksendung haben die Darlehnsnehmer abweichend davon zu tragen, wenn dies im verbundenen Kaufvertrag wirksam vereinbart wurde. Nicht paketversandfähige Sachen werden bei den Darlehnsnehmern abgeholt. Wenn die Darlehensnehmer den aufgrund des verbundenen Kaufvertrages überlassenen Kaufgegenstand nicht oder nur in verschlechtertem Zustand zurückgewähren können, haben sie an den Verkäufer insoweit Wertersatz zu leisten. Dies gilt nicht, wenn die Verschlechterung der überlassenen Sache ausschließlich auf deren Prüfung – wie sie etwa im Ladengeschäft möglich gewesen wäre - zurückzuführen ist. Im Übrigen können die Darlehensnehmer die Pflicht zum Wertersatz für eine durch die bestimmungsgemäße Ingebrauchnahme der Sache entstandene Verschlechterung vermeiden, indem sie die Sache nicht wie ihr Eigentum in Gebrauch nehmen und alles unterlassen, was deren Wert beeinträchtigt.

Wenn die Darlehensnehmer infolge des Widerrufs des Darlehensvertrages nicht mehr an den verbundenen Kaufvertrag gebunden sind oder infolge des Widerrufs des verbundenen Kaufvertrages nicht mehr an den Darlehensvertrag gebunden sind, gilt ergänzend Folgendes: Ist das Darlehen bei Wirksamwerden des Widerrufs dem Vertragspartner der Darlehensnehmer aus dem verbundenen Kaufvertrag (der Verkäuferfirma) bereits zugeflossen, tritt der Darlehensgeber im Verhältnis zu den Darlehensnehmern hinsichtlich der Rechtsfolgen des Widerrufs in die Rechte und Pflichten des Verkäufers aus dem verbundenen Kaufvertrag ein.

Sind die Darlehensnehmer aufgrund des Widerrufs dieses Darlehensvertrages nicht an einen von ihnen gestellten Antrag auf Aufnahme in den Restschuldversicherungsschutz und/oder auf Abschluss der GAP-Versicherung gebunden oder infolge des Widerrufs des Antrags auf Aufnahme in den Restschuldversicherungsschutz und/oder auf Abschluss der GAP-Versicherung innerhalb der Widerrufsfrist von 14 Tagen nicht mehr an den Darlehensvertrag gebunden, sind Ihnen insoweit die bereits von ihnen geleisteten monatlichen Beträge für Restschuldversicherungsaufwand und /oder GAP-Versicherungsprämien sowie geleistete Gebühren vom Darlehensgeber zurückzugewähren. Ansprüche des Darlehensgebers auf Zahlung von Zinsen und Kosten aus der Rückabwicklung dieser Verträge gegen die Darlehensnehmer sind ausgeschlossen.

3.) <u>Einwendungen bei verbundenen Verträgen:</u>

Die Darlehensnehmer können die Rückzahlung des Darlehens verweigern, soweit sie Einwendungen berechtigen würden, ihre Leistungen gegenüber dem Vertragspartner aus dem verbundenen Kaufvertrag zu verweigern. Dies gilt nicht, wenn das finanzierte Entgelt weniger als 200 Euro beträgt oder wenn der Rechtsgrund für die Einwendung auf einer Vereinbarung beruht, die zwischen den Darlehnsnehmern und dem anderen Vertragspartner nach dem Abschluss des Darlehensvertrages getroffen wurde. Können die Darlehensnehmer von dem anderen Vertragspartner Nacherfüllung verlangen, so können sie die Rückzahlung des Darlehens erst verweigern, wenn die Nacherfüllung fehlgeschlagen ist.

{9FC11B57-C97B-4E2D-926B-16813E17E44B}47

Nissan Bank (2NPH2W47625)

USt-ID-Nr.: DE812212244

MDV114922-0810-B/3_4

665

| NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland Jagenbergstraße 1 41468 Neuss E-Mail-Service : www.nissan-bank-kontakt.de | **Darlehensvertrag** Seite 4 | Automobilgruppe Dirkes Bonn GmbH 53175 Bonn 80410 / 1213 | Khalid Hamam /28.01.2011/11:17:00 |
|---|---|---|---|

**Ein ausgefülltes Exemplar der Europäischen Standardinformation für Verbraucherkredite sowie ein Erläuterungsblatt über die wesentlichen Vertraginhalte ist mir/uns ausgehändigt worden. Ich/Wir bestätigen, dass ich/wir die Gelegenheit hatten, beide Unterlagen sowie einen Vertragsentwurf vor Abgabe meiner/unserer nachfolgenden Vertragserklärung ausreichend zu prüfen.**

Bonn, den 28.01.2011 — X SAEED DJALILVAND. — X

Ort, Datum — Unterschrift Darlehensnehmer 1 — Unterschrift Darlehensnehmer 2

**Wirtschaftlich Berechtigter: Die Darlehensnehmer erklären, ausschließlich auf eigene Rechnung (nicht im Auftrag eines Dritten) zu handeln.**
**Vorstehende Erklärungen einschließlich Darlehensbedingungen werden anerkannt und wurden vor Unterzeichnung zur Kenntnis genommen.**
**Die Aushändigung einer Kopie dieses Vertrags (Seiten 1- 7) an den/die Darlehnsnehmer – und bei Beantragung einer Restschuldversicherung und/oder GAP-Versicherung der jeweiligen Kundeninformation und der Versicherungsbedingungen – wird bestätigt.**
**Die ausgefüllte Lastschrifteinzugsermächtigung wird hiermit erteilt.**
**Der gewerbliche Darlehensnehmer verzichtet hiermit auf den Zugang der Annahmeerklärung der Bank.**

Bonn, den 28.01.2011 — X SAEED DJALILVAND — X

Ort, Datum — Unterschrift Darlehensnehmer 1 (gilt ggf. auch für die RSV und/oder GAP) — Unterschrift Darlehensnehmer 2 (gilt ggf. auch für die RSV und/oder GAP) — Datum/Unterschrift NISSAN Bank Geschäftsbereich der RCI Banque S.A. Niederlassung Deutschland

**Einwilligungserklärungen Datenschutz:**

**1.** Die uns (der Bank) gegenüber gesondert erteilte „Selbstauskunft und Einwilligung Datenschutz" mit der Schufa-Datenschutzklausel ist wesentlicher Bestandteil dieses Darlehensvertrages und bei Beantragung einer Restschuldversicherung der Aufnahme in den Restschuldversicherungsschutz.

**2.** RCI Banque ist befugt, sämtliche in der Selbstauskunft und in diesem Vertrag genannten personenbezogenen Daten im Rahmen der Zweckbestimmung der Geschäftsverbindung (Vertragsdurchführung) zu speichern, zu nutzen und zu verarbeiten und insoweit auch an die NISSAN Center Europe GmbH, die RCI Versicherungs-Service GmbH sowie an die o.a. Verkäufer-/Vermittlerfirma, deren jeweilige Rechtsnachfolger und ggf. die im Kundendienstheft aufgeführten Händler zur Speicherung und zur Nutzung zu übermitteln. Die Personalien können auch zu Werbezwecken genutzt und an den vorbezeichneten Adressatenkreis übermittelt werden, sofern dem von den Darlehensnehmern nicht widersprochen wird. Ein Widerspruch zu Werbezwecken ist ohne Einfluss auf den Vertrag mit der RCI Banque; er ist an den Datenschutzbeauftragten der RCI Banque zu richten.

**3.** Der Darlehensnehmer willigt ein, dass die RCI Life Ltd und die RCI Insurance Ltd im erforderlichen Umfang Daten, die sich aus den Antragsunterlagen oder der Vertragsdurchführung ergeben, an Rückversicherer zur Beurteilung des Risikos und zur Abwicklung der Rückversicherung übermitteln. Der Darlehensnehmer willigt ferner ein, dass die Unternehmen der RCI Banque-Gruppe seine allgemeinen Antrags-, Vertrags- und Leistungsdaten in gemeinsamen Datensammlungen führen und an ihre Vermittler weitergeben, soweit diese der ordnungsgemäßen Durchführung der Versicherungsangelegenheiten dienen. Dies gilt insbesondere für gesundheitsbezogene Daten. Jederzeit widerrufbar willigt der Darlehensnehmer ein, dass die Vermittlerin RCI Versicherungs-Service GmbH seine allgemeinen Antrags-, Vertrags- und Leistungsdaten darüber hinaus für die Beratung und Betreuung auch in sonstigen Finanzdienstleistungen nutzen darf.

Die Einwilligung gilt nur, wenn der Darlehnsnehmer vom Inhalt des Merkblattes zur Datenverarbeitung Kenntnis nehmen konnte, dessen Erhalt er hiermit bestätigt.

28.01.2011 — X SAEED DJALILVAND. — X

Datum — Unterschrift Darlehensnehmer 1 — Unterschrift Darlehensnehmer 2

Die persönliche Identifizierung des/der Darlehensnehmer gemäß GWG wurde von mir jeweils anhand der gültigen Ausweisdokumente geprüft und durchgeführt. Die Unterschriften wurden in meiner Gegenwart geleistet. Wir bestätigen die Aushändigung eines ausgefüllten Exemplars der europäischen Standardinformation für Verbraucherkredite sowie ein Erläuterungsblatt über die wesentlichen Vertragsinhalte. Ferner haben die/der Darlehnsnehmer die Gelegenheit erhalten, beide Unterlagen sowie einen Vertragsentwurf vor Abgabe ihrer Willenserklärung ausreichend zu prüfen. Die Aushändigung einer Kopie des Vertrags (Seiten 1-7) und bei Beantragung einer Restschuldversicherung und/oder GAP-Versicherung der jeweiligen Kundeninformation und der Versicherungsbedingungen an den/die Darlehensnehmer wird bestätigt. Das finanzierte Fahrzeug ist von uns auf eigene Rechnung an einen der Darlehensnehmer verkauft und übergeben worden.

NISSAN 0410
Automobilgruppe Dirkes Bonn GmbH
Godesberger Str. 60-60, 53175 Bonn
Telefon (0228) 38 99-0

28.01.2011 — X

Datum — Unterschrift Verkäufer/Vermittler

{9FC11B57-C97B-4E2D-926B-16813E17E44B}47

Nissan Bank (2NPH2W47625)

USt.-ID-Nr.: DE812212244

MDV1143/22-0810-B/4_4